Joel T. Weeks and Catherine C. Weeks, his wife, and

H. M. Tillis, as assignee of Joel T. Weeks, and James S. Weeks, Appellants, vs. William H. Weimer, Howard Watkin, Addison R. Wright and Henry B. Voorhees, partners under the firm name of Weimer, Wright & Watkin, Appellees.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile and Horatio Davis, for Appellants.

W. W. Hampton, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.